# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1287

**CAF 11-01519**

PRESENT: SCUDDER, P.J., CENTRA, VALENTINO, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF DAWN FREY, PETITIONER-RESPONDENT,

V                                                                    ORDER

WARREN MIMS, RESPONDENT-APPELLANT.

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

THE ABBATOY LAW FIRM, PLLC, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR PETITIONER-RESPONDENT.

AYOKA A. TUCKER, ATTORNEY FOR THE CHILD, BUFFALO, FOR ALEXUS M.

---

Appeal from an order of the Family Court, Erie County (E. Jeannette Ogden, A.J.), dated June 29, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, conditionally granted petitioner's request to relocate with the subject child to Metairie, Louisiana.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: December 21, 2012                    Frances E. Cafarell
                                              Clerk of the Court